IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:04CV557

| | |
|---|---|
| JAMES ISAAC DRAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| J. M. COWELL, individually and officially ) | |
| in his capacity as a police officer of the ) | |
| Charlotte-Mecklenburg Police Department, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 168, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Wednesday, April 5, 2006 at 4:00 p.m.**

2. Counsel may, but are not required to, bring the parties to the Status Conference.

Signed: March 30, 2006

David C. Keesler
United States Magistrate Judge