UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:04cv557

| James Isaac Drayton | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| J. M. Cowell | ) | |
| Defendant | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 17thth day of May, 2006.

_____
United States Judge Presiding