IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:04CV557

| | |
|---|---|
| JAMES ISAAC DRAYTON, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>J. M. COWELL, individually and officially )<br>in his capacity as a police officer of the )<br>Charlotte-Mecklenburg Police Department, )<br>)<br>      Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 168, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Tuesday, June 6, 2006 at 3:00 p.m.**

2. Counsel may, but are not required to, bring the parties to the Status Conference.

Signed: June 2, 2006

David C. Keesler
United States Magistrate Judge