IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO: 3:04CV557

| | |
|---|---|
| JAMES ISAAC DRAYTON,<br>Plaintiff,<br><br>vs.<br><br>J.M. COWELL, Individually and officially,<br>in his capacity as a police officer of the<br>Charlotte-Mecklenburg Police Department,<br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** for scheduling purposes pursuant to a status conference held on June 6, 2006. A pretrial conference will be held on **October 2, 2006, at 3:00 p.m.** in the chambers of the undersigned. Trial with a jury is set for the Civil Term beginning **October 30, 2006** in Charlotte. The parties estimate that the total time needed for trial will be approximately two days. All pre-trial filing requirements set forth in the Pretrial Order and Case Management Plan (Document No. 11) remain in effect.

**IT IS SO ORDERED.**

Signed: June 6, 2006

David C. Keesler
United States Magistrate Judge