# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:04CV557

| | |
|---|---|
| **JAMES ISAAC DRAYTON,** | ) |
| Plaintiff, | ) |
| v. | )       **ORDER** |
| **J.M. COWELL, individually and officially, in his capacity as a police officer of the Charlotte-Mecklenburg Police Department,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the Initial Pretrial Conference scheduled by Order (Document No. 51) of this Court for October 2, 2006. The Initial Pretrial Conference is hereby postponed and will be re-scheduled prior to trial.

**IT IS SO ORDERED**.

Signed: September 29, 2006

David C. Keesler
United States Magistrate Judge