UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Number: 3:04cv557

James Issac Drayton )
)
    Plaintiff, )
Vs. )    **ORDER**
)
J.M. Cowell )
)
    Defendant )

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 2nd day of November, 2006.

_____
United States Magistrate Judge Presiding